UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MENDIETA ROMERO, | No. 1:26-cv-03214-TLN-CKD |
| Petitioner, | |
| v. | **ORDER** |
| ORESTES CRUZ, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  After the Court granted Petitioner's Motion for Temporary Restraining Order and ordered his immediate release, the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 5.)

On June 4, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Respondents filed objections to the findings and recommendations, objecting to the magistrate judge's recommendation that the injunctive relief previously granted be made permanent.  (ECF No. 10.)  Respondents request that this Court's injunction language allow Respondents to detain Petitioner

1

without a pre-deprivation hearing in the event the immigration court issues a final order of removal and Petitioner receives notice of the order.  (*Id.* at 4.)  Respondents do not contend, nor does the record suggest, that Petitioner is subject to a final order of removal.  (*See generally* ECF Nos. 1, 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 9) are ADOPTED in full.

2.     The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3.     Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017).  At any such hearing, Petitioner shall be allowed to have counsel present.

4.     The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: July 14, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2